IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

ARTHUR JOHN GALLIGAR,

    Petitioner,

v.

STEVE FRANKE,

    Respondent.

Case No. 2:13-cv-00095-AC

ORDER

ACOSTA, Magistrate Judge.

    IT IS ORDERED that Petitioner's Motion for Voluntary Dismissal Without Prejudice (#17) is GRANTED.

    IT IS SO ORDERED.

    DATED this 2nd day of May, 2013.

                                              John V. Acosta
                                              United States Magistrate Judge

1 - ORDER -